UNITED STATES DISTRICT COURT

___EASTERN___ **District of** ___CALIFORNIA___

| | |
|---|---|
| CHARLES DOBBS,<br>         Plaintiff<br><br>          V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>         Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE          1:11-AT-00281 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

   <u>X</u>   The clerk is directed to file the complaint.

   <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __13th__   day of   _____May_____ , __2011__ .

                                             /s/ Sandra M. Snyder
                              _____
                                        Signature of Judicial Officer

                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer