IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES DOBBS, | ) | 1:11cv0782 DLB |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF |
| | ) | TO RESPOND TO MOTION TO |
| Plaintiff, | ) | REMAND |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

 Plaintiff filed this action for review of a final decision of the Commissioner of Social Security on May 13, 2011.

 On September 16, 2011, the Commissioner filed a Motion to Remand the action pursuant to Sentence Six of 42 U.S.C. § 405(g). The Commissioner states that remand is necessary to locate the tape recording of the February 23, 2010, hearing.

 Plaintiff is ORDERED to respond to this motion within fifteen (15) days of the date of service of this order. Plaintiff may file a statement of non-opposition if there is no objection to the remand.

 IT IS SO ORDERED.

 Dated:  **September 21, 2011**      **/s/ Dennis L. Beck**
                     UNITED STATES MAGISTRATE JUDGE

1