IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES DOBBS, | ) | 1:11cv0782 DLB |
| | ) | |
| | ) | ORDER GRANTING MOTION |
| | ) | TO REMAND ACTION |
| Plaintiff, | ) | (Document 10) |
| vs. | ) | |
| | ) | ORDER REQUIRING |
| | ) | STATUS REPORTS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Charles Dobbs ("Plaintiff") filed the instant action for judicial review of the denial of Social Security benefits on May 13, 2011.

On September 16, 2011, Defendant filed a motion to remand the action pursuant to sentence six of section 205(g) of the Social Security Act, as amended. 42 U.S.C. § 405(g). Defendant seeks to remand the action because the tape recording of the administrative hearing cannot be located. On September 22, 2011, the Court ordered Plaintiff to file a response to the remand motion within fifteen (15) days. Plaintiff did not file a response or any opposition.

Accordingly, Defendant's motion is GRANTED and this action is REMANDED to allow Defendant to either retrieve materials related to Plaintiff's claim or, if necessary, hold another hearing and issue another decision.

1

1   The Court further ORDERS the parties to file a joint status report within 90 days of the date
2 of service of this order.  Thereafter, the parties shall file a joint status report every 120 days until this
3 action is returned to this Court or otherwise resolved.

   IT IS SO ORDERED.

   **Dated:      October 20, 2011**              /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE