1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8927
       Facsimile:  (415) 744-0134
7      E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **FRESNO DIVISION**

12  CHARLES DOBBS,                    )
                                      )   CASE NO. 1:11cv00782 DLB
13                Plaintiff,          )
                                      )   **ORDER REGARDING PLAINTIFF'S**
14           v.                       )   **SOCIAL SECURITY COMPLAINT**
                                      )
15  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
16  Social Security,                  )
                                      )
17                Defendant.          )
    _____   )
18

19       Upon the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that

20  this action be reopened and that JUDGMENT be hereby entered affirming the July 6, 2012, post-

21  remand, final decision of the Commissioner of Social Security.

22

23       IT IS SO ORDERED.

24  **Dated:    September 5, 2012**              /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28