BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8927
   Facsimile: (415) 744-0134
   E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES DOBBS, ) | |
|       Plaintiff, ) | CASE NO. 1:11cv00782 DLB |
|       v. ) | **ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|       Defendant. ) | |

    Upon the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this action be reopened and that JUDGMENT be hereby entered affirming the July 6, 2012, post-remand, final decision of the Commissioner of Social Security.

    IT IS SO ORDERED.

    Dated:  **September 5, 2012**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE