Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Charles Dobbs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DOBBS, | Case No.: 1:11-782 DLB |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Charles Dobbs be awarded attorney fees and expenses in the amount of NINE HUNDRED FIFTY dollars ($950.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1 | After the Court issues an order for EAJA fees to Charles Dobbs, the
2 | government will consider the matter of Charles Dobbs's assignment of EAJA fees
3 | to Laura E. Krank.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the
4 | ability to honor the assignment will depend on whether the fees are subject to any
5 | offset allowed under the United States Department of the Treasury's Offset
6 | Program.  After the order for EAJA fees is entered, the government will determine
7 | whether they are subject to any offset.
8 |     Fees shall be made payable to Charles Dobbs, but if the Department of the
9 | Treasury determines that Charles Dobbs does not owe a federal debt, then the
10 | government shall cause the payment of fees, expenses and costs to be made
11 | directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12 | executed by Charles Dobbs.  Any payments made shall be delivered to Laura E.
13 | Krank.
14 |     This stipulation constitutes a compromise settlement of Charles Dobbs's
15 | request for EAJA attorney fees, and does not constitute an admission of liability on
16 | the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
17 | shall constitute a complete release from, and bar to, any and all claims that Charles
18 | Dobbs and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP
19 | may have relating to EAJA attorney fees in connection with this action.
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///

1 This award is without prejudice to the rights of Laura E. Krank and/or the Law
2 Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees
3 under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 11, 2012             Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*
BY:_____
Laura E. Krank
Attorney for plaintiff Charles Dobbs

DATED: October 29, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Patrick W. Snyder*
_____
Patrick W. Snyder
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated:   **October 30, 2012**             /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

-3-